Name: John Doe
Address: 9663 Santa Monica Blvd
Beverly Hills, 90210
Phone: (314) 650-
Fax:

In Pro Per

FILED
2019 JUL -1  PM 4:25
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA
BY ___LAW___

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

John Doe

Plaintiff

v.

Taco Bell
UCI of Orange, Megan
B. Osborn M.D. And Doe 1-10

Defendant(s).

CASE NUMBER:

SACV19-01306 JLS (KESx)

Complaint
TITLE OF PLEADING

1. One July 1, 17 plaintiff's mother received treatment
2. from UCI due to fall earlier that morning
3. plaintiff mother was admitted and stay for
4. a period of around 9 days.

6. Asking
7. Compensatory Damage: $1,000,000,000
8. Punitive Damage: $5,000,000,000

John Doe
7/1/19

CV-127 (09-09)    PLEADING PAGE FOR A SUBSEQUENT DOCUMENT